UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | No. 11-cv-933 (ABJ) |

**DECLARATION OF SERVICE OF PROCESS
ON THE UNITED STATES ATTOREY**

  I, Arthur B. Spitzer, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon the United States Attorney for the District of Columbia by hand-delivering a copy of the Summons and Complaint in this action to Gary Nails, Docket Clerk, on Wednesday, May 18, 2011, at 570 3rd Street, N.W., Washington, D.C.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 19th day of May, 2011.

            /s/ *Arthur B. Spitzer*
            _____
            Arthur B. Spitzer (D.C. Bar No. 235960)
            American Civil Liberties Union
             of the Nation's Capital
            1400 20th Street, N.W., Suite 119
            Washington, D.C. 20036
            T. 202-457-0800
            F. 202-452-1868
            art@aclu-nca.org