UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street<br>New York, NY 10004<br><br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street<br>New York, NY 10004<br><br>           Plaintiffs,<br><br>     v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, DC 20505<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:11-cv-00933-ABJ |

**DEFENDANT'S STATUS REPORT**

Defendant, Central Intelligence Agency ("CIA"), by and through undersigned counsel, hereby submits the following status report in response to the Court's Order of July 7, 2011:

1.  By letter dated April 25, 2011, the American Civil Liberties Union and the American Civil Liberties Union Foundation ("Plaintiffs") submitted a Freedom of Information Act ("FOIA") request to the CIA seeking:

> (1) all reports or conclusions of an internal inquiry or investigation into the CIA's Inspector General or Office of the Inspector General ('OIG'), *see* Mark Mazzetti & Scott Shane, *Watchdog of C.I.A. Is Subject of C.I.A. Inquiry*, N.Y. Times, Oct. 11, 2007, *available at* http://nyti.ms/f03Qvh; and

> (2) all reports produced by the CIA OIG relating to the detention, interrogation, or treatment of individuals apprehended after September 11, 2001, and held at detention facilities outside the United States, including but not limited to six reports Plaintiffs identified by title.

Complaint for Injunctive Relief ("Compl.") ¶ 15.  The submission also requested expedited

processing and a waiver of search, review, and reproduction fees associated with the request. Compl. ¶¶ 16-18.

2. By letter dated May 5, 2011, the CIA acknowledged receipt of Plaintiffs' FOIA request and denied their request for expedited processing because the "request d[id] not demonstrate a 'compelling need'" as required for the CIA to make an exception to its policy of processing FOIA requests on a "first-in, first-out" basis. *See* Compl. ¶ 21; 32 C.F.R. § 1900.34 ("All requests will be handled in the order received on a strictly 'first-in, first-out' basis.").

3. The CIA is processing Plaintiff's April 25, 2011 request and will use best efforts to complete that processing by September 30, 2011, at which time the CIA will produce any responsive, non-exempt information to Plaintiffs.

4. In the event that information is withheld pursuant to FOIA exemptions or otherwise, the CIA anticipates filing a dispositive motion in support of any such withholdings. The CIA, at this time, is unable to propose a date by which the agency will move for summary judgment and respectfully requests the opportunity to submit a proposed briefing schedule after the processing of Plaintiffs' FOIA request is completed.

5. Undersigned counsel contacted Plaintiffs' counsel Alexander Abdo prior to filing this Status Report, and he has indicated that Plaintiffs are not opposed to the CIA's completion of its processing of their FOIA request by September 30, 2011.

Dated: August 4, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General,
Civil Division

RONALD C. MACHEN, JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director,
Federal Programs Branch

 s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm 7214
Washington, DC 20530
Tel: (202) 514-3418
Fax: (202) 616-8470
jacqueline.snead@usdoj.gov

**Counsel for the Central Intelligence Agency**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2011, a true and correct copy of the foregoing Defendant's Status Report was electronically filed through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available for viewing on that system.

                                                s/ Jacqueline Coleman Snead  
                                                JACQUELINE COLEMAN SNEAD