UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street<br>New York, NY 10004,<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street<br>New York, NY 10004,<br><br>            Plaintiffs,<br><br>   v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, DC 20505,<br><br>            Defendant. | No. 1:11-cv-00933-ABJ |

## **JOINT STATUS REPORT**

The parties submit the following status report in response to the Court's order of August 5, 2011, directing the parties to advise the Court of the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") request and to propose a briefing schedule, if necessary.

Plaintiffs' FOIA request primarily sought reports of the Office of the Inspector General ("OIG") of the Central Intelligence Agency ("CIA") relating to the detention, interrogation, or treatment of individuals apprehended after September 11, 2001, and held at detention facilities outside the United States. The request also sought all reports or conclusions of an internal inquiry into the OIG.

The Central Intelligence Agency ("CIA") completed the processing of the request on September 30, 2011. It located twelve OIG reports related to the detention, interrogation, or treatment of detainees. One of those reports, the OIG's "Special Review—Counterterrorism

Detention and Interrogation Activities (September 2001–October 2003)," has been released in redacted form pursuant to another FOIA request filed by Plaintiffs, and will not be further addressed in this FOIA litigation.  The CIA has withheld the remaining eleven reports in full, pursuant to various FOIA exemptions.  The CIA also located a report entitled "Review of Certain Aspects of the Operations of the Office of Inspector General," and released three partially redacted, non-identical versions of that report.

The parties propose the following schedule to address the CIA's withholdings:

| | |
|---|---|
| 11/14/2011: | The CIA will provide Plaintiffs a *Vaughn* index of the withheld information.  *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). |
| 11/29/2011: | Plaintiffs will notify the government by letter of their challenges to the withholdings. |
| 1/10/2012: | The CIA will move for summary judgment. |
| 2/7/2012: | Plaintiffs will oppose and cross-move for summary judgment. |
| 2/21/2012: | The CIA will oppose and reply. |
| 3/6/2012: | Plaintiffs will reply. |

Respectfully submitted,

 /s/ Alexander A. Abdo
Alexander A. Abdo (*pro hac vice*)
Jameel Jaffer (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2517
Fax: (212) 549-2654
aabdo@aclu.org
jjaffer@aclu.org

 /s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
   of the Nation's Capital

        1400 20th Street, N.W., Suite 119
        Washington, D.C. 20036
        Phone: (202) 457-0800
        Fax: (202) 452-1868
        art@aclu-nca.org

*Counsel for the plaintiffs*

Dated: October 7, 2011