# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 11-0933 (ABJ) |

## SCHEDULING ORDER

Upon consideration of the joint status report submitted by the parties, it is **ORDERED** that:

1. Defendant will provide plaintiffs a *Vaughn* index of the withheld information by November 14, 2011. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

2. Plaintiffs will notify defendant by letter of their challenges to the withholdings by November 29, 2011.

3. Defendant's motion for summary judgment will be due on January 10, 2012, with opposition and cross motion due on February 7, 2012, the reply and cross motion opposition will be due on February 21, 2012, and the cross motion reply will be due on March 6, 2013.

It is **FURTHER ORDERED** that the counsel read and comply with all of the Local Rules of this Court, particularly LCvR 5.1(b), 5.2(a), and 5.4. All rules will be enforced by the Court whether or not they are specifically reiterated in this Scheduling Order.

## SCHEDULING MATTERS

Counsel are directed to contact the Court's Deputy Clerk in the first instance to request the rescheduling of court appearances. The party seeking the change in schedule must first confer with counsel for all other parties and be prepared to provide the Deputy Clerk with proposed mutually agreeable dates.

Extensions of time to file dispositive motions, status reports, or expert witness designations, will be granted as a matter of course if all parties consent and if the extensions will not require a change in any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  But **any motion to extend a deadline set by the Court must be filed at least two business days prior to the date to be extended**.  Motions that do not comply with this requirement, including consent motions, will be denied absent a statement demonstrating good cause for the failure to do so.

## MOTIONS

Motions that do not comply with LCvR 7 may be denied or stricken *sua sponte*.

A party may not file a sur-reply without first requesting leave of the Court.

Motions for reconsideration of prior rulings are strongly discouraged.  They may be filed only when the requirements of Fed. R. Civ. P. 54(b), Fed. R. Civ. P. 59(e), and/or Fed. R. Civ. P. 60(b) are met.  If such a motion is filed, it shall not exceed ten (10) pages in length.  Moreover, the Court may strike: (a) motions which simply reassert arguments previously raised and rejected

by the Court; or (b) arguments which should have been previously raised, but are being raised for the first time.  *See Nat'l Trust v. Dep't of State*, 834 F. Supp. 453, 455 (D.D.C. 1995).

**SO ORDERED**.

/s/ Amy B. Jackson
AMY BERMAN JACKSON
United States District Judge

DATE:  October 11, 2011