**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | No. 11-cv-0933 (ABJ) |

## PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME

On August 5, 2011, the Court directed the parties to advise it of the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") request and to propose a briefing schedule. The parties filed a joint status report on October 7, 2011. Docket No. 13. The Court then issued a scheduling order adopting the parties' proposed briefing schedule. Docket No. 14. Pursuant to that order, the CIA filed its motion for summary judgment on January 10, 2012. Plaintiffs' opposition and cross motion is due on February 7, 2012. On account of an illness that caused counsel with responsibility for drafting Plaintiffs' opposition and cross-motion to miss five work days over a two-week period in January, Plaintiffs respectfully request an extension until February 17, 2012 to file their opposition and cross-motion for summary judgment.

Plaintiffs additionally propose the following modified briefing schedule:

    2/17/2012:    Plaintiffs will oppose and cross-move for summary judgment.

    3/6/2012:    The CIA will oppose and reply.

    3/20/2012:    Plaintiffs will reply.

This is the first extension of time sought by Plaintiffs. The CIA consents to the relief sought by this motion.

                                Respectfully submitted,

                                /s/ Mitra Ebadolahi
Mitra Ebadolahi (*pro hac vice*)
Alexander A. Abdo (*pro hac vice*)
Jameel Jaffer (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 284-7305
Fax: (212) 549-2654
mebadolahi@aclu.org
aabdo@aclu.org
jjaffer@aclu.org

                                /s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
Phone: (202) 457-0800
Fax: (202) 452-1868
art@aclu-nca.org

*Counsel for the plaintiffs*

Dated: February 3, 2012