**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION | ) | |
| 125 Broad Street | ) | |
| New York, NY 10004 | ) | |
| | ) | |
| AMERICAN CIVIL LIBERTIES UNION | ) | |
| FOUNDATION | ) | |
| 125 Broad Street | ) | |
| New York, NY 10004 | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:11-cv-933-ABJ |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| Washington, DC 20505 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CENTRAL INTELLIGENCE AGENCY'S COUNTERSTATEMENT OF MATERIAL**
**FACTS**

Pursuant to Local Rule 7.1(h), the CIA submits this counterstatement of material facts in response to Plaintiffs' Statement of Material Facts and Genuine Issues in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment. The responses below correspond to the numbered paragraphs in Plaintiffs' statement.

1. Defendant disputes the statement in Paragraph 1 because Plaintiffs' counsel Mitra Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them. Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation of Rule 56(c)(4) of the Federal Rules of Civil Procedure.

2. Defendant disputes the statement in Paragraph 2 because Ms. Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them. Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation

of Rule 56(c)(4) of the Federal Rules of Civil Procedure.

3.  Defendant disputes the statement in Paragraph 3 because Ms. Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them.  Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation of Rule 56(c)(4) of the Federal Rules of Civil Procedure.

4.  Defendant disputes the statement in Paragraph 4 because Ms. Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them.  Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation of Rule 56(c)(4) of the Federal Rules of Civil Procedure with the exception of the statement that the report entitled *Special Review* was released in partially redacted form by the government in August 2009.

5.  Defendant disputes the statement in Paragraph 5 because Ms. Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them.  Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation of Rule 56(c)(4) of the Federal Rules of Civil Procedure.

6.  Defendant disputes the statement in Paragraph 6 because Ms. Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them.  Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation of Rule 56(c)(4) of the Federal Rules of Civil Procedure.

7.  Defendant disputes the statement in Paragraph 7 because Ms. Ebadolahi does not have personal knowledge of the alleged facts set forth in that paragraph and is not competent to testify as to them.  Accordingly, this paragraph of Plaintiffs' statement should be struck as in violation

of Rule 56(c)(4) of the Federal Rules of Civil Procedure.

    8.  Admit.

    9.  Deny.  The document entitled *Special Review* was released in redacted form in August

2009.  *See* Declaration of Mitra Ebadolahi Ex. A (Feb. 24, 2012) [ECF No. 18-2].

    10.  Immaterial but not in dispute.

    11.  Admit.

    12.  Admit first and second sentence, and deny third sentence.  *See* Declaration of Martha

M. Lutz ("Lutz Decl.") ¶¶ 16-54 (Jan. 10, 2012) [ECF No. 16-3].

    13.  Deny.  Lutz Decl. ¶¶ 16-53; Declaration of John H. Durham ¶¶ 5-9, filed herewith.

Dated: March 6, 2012                   Respectfully submitted,

                                       TONY WEST
                                       Assistant Attorney General,
                                       Civil Division

                                       RONALD C. MACHEN, JR.
                                       United States Attorney

                                       ELIZABETH J. SHAPIRO
                                       Deputy Branch Director,
                                       Federal Programs Branch

                                  s/ Jacqueline Coleman Snead
                                       JACQUELINE COLEMAN SNEAD
                                     (D.C. Bar No. 459548)
                                     Senior Counsel
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     20 Massachusetts Avenue, N.W., Rm 7214
                                     Washington, DC 20530
                                     Tel: (202) 514-3418
                                     Fax: (202) 616-8470
                                     jacqueline.snead@usdoj.gov

                                     **Counsel for the Central Intelligence Agency**