**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | No. 1:11-cv-0933 (ABJ) |

**NOTICE TO COURT**

Pursuant to the Court's minute order of October 17, 2012, Plaintiffs hereby inform the Court that, in their view, Defendant has complied with the Court's September 25, 2012 order, and there is no remaining reason to delay entry of judgment.

    /s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
Tel: (202) 457-0800
Fax: (202) 457-0805
artspitzer@gmail.com

    /s/ Mitra Ebadolahi
Mitra Ebadolahi (*pro hac vice*)
Alexander A. Abdo (*pro hac vice*)
Jameel Jaffer (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 284-7305
Fax: (212) 549-2654
mebadolahi@aclu.org

October 26, 2012     *Counsel for Plaintiffs*