UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 11-0933 (ABJ) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the Court's Memorandum Opinion and Order of September 25, 2012, [Dkt. # 26, 27], and in light of the Notice to Court filed by plaintiffs that states, "Defendant has complied with the Court's September 25, 2012 order, and there is no remaining reason to delay entry of judgment," it is ORDERED that this action is DISMISSED. This is a final appealable order.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: October 31, 2012